NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

05-1328

BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM
and THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,

Plaintiffs-Appellants,

v.

CTI MOLECULAR IMAGING, INC.,
CTI, INC., and CTI PET SYSTEMS, INC.,

Defendants-Appellees.

## JUDGMENT

ON APPEAL from the United States District Court for the Eastern District of Tennessee

In CASE NO(S). 03-CV-228

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: <u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36

Per Curiam (NEWMAN, MAYER, and GAJARSA, <u>Circuit Judges</u>).

ENTERED BY ORDER OF THE COURT

DATED: DEC 19 2005

Jan Horbaly, Clerk

Issued as Mandate: JAN - 9 2006
COSTS:
Printing .................................. $519.76
Total: .................................... $519.76

# BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): 05-1328    Caption: BOARD OF REGENTS v. CTI

The Clerk is requested to tax the following costs against:

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | N/A | N/A | |
| Table of Designated Materials (original) | xxxxx | | | 6.00 | N/A | |
| Table of Compilation of Designated Materials (copying and collating) | | | | 0.08 | N/A | |
| Brief (original) | xxxxx | 67 | | 6.00 | $402.00 | 402.00 |
| Brief (cover and binding) | 16 | xxxxx | | 2.00 | 32.00 | 32.00 |
| Brief (copying and collating) | 16 | 1,072 | | 0.08 | 85.76 | 85.76 |
| Appendix (original - table of contents) | xxxxx | xxxxx | | 6.00 | N/A | |
| Appendix (covers and binding) | | xxxxx | | 2.00 | N/A | |
| Appendix (copying and collating) | | | | 0.08 | N/A | |
| Reply Brief (original) | xxxxx | | | 6.00 | N/A | |
| Reply Brief (covers and binding) | | xxxxx | | 2.00 | N/A | |
| Reply Brief (copying and collating) | | | | 0.08 | N/A | |
| Other (describe): | | | | | N/A | |
| **GRAND TOTALS** | | | | | **$519.76** | 519.76 |

City/County of ATLANTA/FULTON    District/State of GEORGIA    ) SS

I, John D. Haynes, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: _____ Date: 12/29/05    Attorney for: Defendants-Appellees

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
DEC 30 2005
JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 1/9/06

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM and THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>CTI MOLECULAR IMAGING, INC., CTI, Inc.<br>and CTI PET SYSTEMS, INC.<br><br>Defendants-Appellees. | APPEAL NO. 05-1328 |

## CERTIFICATE OF SERVICE

I hereby certify that two copies of the foregoing BILL OF COSTS has been served upon Principal Attorney of record for Plaintiffs via UPS Overnight, postage prepaid and properly addressed as follows:

>Scott F. Partridge, Esq.
>Baker Botts, L.L.P.
>910 Louisiana Street
>One Shell Plaza
>Houston, TX 77002

This 29th day of December, 2005.

_____
John D. Haynes